UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 14-44242 |
| ARCOFCO, Inc., f/d/b/a Aroma Coffee | ) | Hon. Pamela S. Hollis |
| Company, Inc., | ) | Hearing Date: Thurs., Nov. 19, 2015 |
| | ) | at 10:00 a.m. |
| Debtor. | ) | |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, November 19, 2015** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Pamela S. Hollis or any other Judge sitting in her stead, in **Courtroom 644**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee for Authorization to Pay Final Compensation to Trustee's Accountants,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Chapter 7 Trustee
for the bankruptcy estate of ARCOFCO, Inc.,
f/d/b/a Aroma Coffee Company, Inc.

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on September 28, 2015, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

6135831_1

## SERVICE LIST

| | | |
|---|---|---|
| ARCOFCO, Inc.<br>7650 Industrial Drive<br>Forest Park, IL  60130 | John E. Gierum<br>Gierum & Mantas<br>9700 W. Higgins Road, Suite 1015<br>Rosemont, IL  60018 | Patrick S. Layng<br>Office of the US Trustee, Region 11<br>219 S. Dearborn, Room 873<br>Chicago, IL  60604 |
| James Merret, Jr.<br>Accounting Affiliates, Inc.<br>1480 Renaissance Drive, Suite 308<br>Park Ridge, IL  60068 | ADT Securities Services<br>3180 S. Vaughn Way, Suite 150<br>Aurora, CO  80014-3537 | Advanced Disposal Chicago Central<br>4612 W. Lake Street<br>Melrose Park, IL  60160 |
| Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia, PA  18154-1207 | RMS<br>4836 Brecksville Road<br>Richfield, OH  44286 | Allstate Can Corporation<br>One Wood Hollow Road<br>Parsippany, NJ  07054 |
| Ansani & Ansani<br>1411 Peterson Avenue<br>Park Ridge, IL  60068 | AWT Labels & Packaging<br>393 Joseph Drive<br>South Elgin, IL  60177 | Commercial Collection Corp. of NY<br>34 Seymour Street<br>Tonawanda, NY  14150 |
| Abrams & Abrams, P.C.<br>180 W. Washington St., Suite 910<br>Chicago, IL  60602 | Batavia Container, Inc.<br>1400 Paramount Parkway<br>Batavia, IL  60510 | Estate of Constantine Papanicholas<br>c/o Tom Papanicholas<br>1323 Elmwood Avenue<br>Berwyn, IL  60402 |
| Estiator<br>421 7th Avenue, Suite 810<br>New York, NY  10001 | Excel Container, Inc.<br>4390 Liberty Street<br>Aurora, IL  60504 | Exxon Mobile Fleet<br>P.O. Box 530988<br>Atlanta, GA  30353-0988 |
| First Bankcard<br>P.O. Box 2340<br>Omaha, NE  68103 | Green Tea Coffee and Tea<br>2456 Atlantic Highway<br>Lincolnville, ME  04849 | Hansen's Service<br>315 Railroad Street<br>Algonquin, IL  60102-2666 |
| Hayssen, Inc.<br>P.O. Box 71771<br>Chicago, IL  60694-1771 | K & S Sprinklers<br>2619 Congress Street<br>Bellwood, IL  60104-2400 | Kencaf Importing & Distributing, Inc.<br>500 Alden Road, Suite 211-212<br>Markham, Ontario, Canada  L3R 5H5 |

6135831_1

| | | |
|---|---|---|
| Allied National, Inc.<br>Magnificent Mile Center<br>980 N. Michigan Ave., Suite 140<br>Chicago, IL  60611 | Packaging Machinery & Services, Inc.<br>PMS, Inc.<br>3905 W. 9th Street, Unit D<br>Trainer, PA  19061 | Ptasinski & Smith, P.C.<br>241 Golf Mill Professional Building<br>Niles, IL  60714-1286 |
| Skyline Sales, Inc.<br>150 Houston Street<br>Batavia, IL  60510 | Stash Tea Company<br>P.O. Box 910<br>Portland, OR  97207-0910 | The Chicago Greek Hours<br>7902 Maple Street<br>Morton Grove, IL  60053 |
| Thomas Papanicholas<br>1323 Elmwood Avenue<br>Berwyn, IL  60402 | U.S. Converting, Inc.<br>561 Estes Avenue<br>Schaumburg, IL  60193 | Uline<br>2105 S. Lakeside Drive<br>Waukegan, IL  60085 |
| Veolia Advanced Disposal<br>700 E. Butterfield Road, Suite 201<br>Lombard, IL  60148 | Slater, Tenaglia, Fritz & Hunt, P.A.<br>P.O. Box 8500<br>Philadelphia, PA  19178-2431 | Westfeldt Brothers, Inc.<br>528 Gravier Street<br>New Orleans, LA  70130 |
| Reuben J. Zellermayer<br>4000 Dundee Road, Suite 107<br>Northbrook, IL  60062 | James G. Merret, Jr.<br>Accounting Affiliates, Inc.<br>1480 Renaissance Drive, Suite 308<br>Park Ridge, IL 60068 | |

6135831_1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 14-44242 |
| ARCOFCO, Inc., f/d/b/a Aroma Coffee | ) | Hon. Pamela S. Hollis |
| Company, Inc., | ) | Hearing Date:  Thurs., Nov. 19, 2015 |
| | ) | @ 10:00 a.m. |
| Debtor. | ) | |

**APPLICATION OF TRUSTEE FOR AUTHORIZATION TO PAY FINAL
COMPENSATION TO TRUSTEE'S ACCOUNTANTS**

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization to pay James G. Merret, Jr. and Accounting Affiliates ("Merret") the Trustee's accountants, final compensation under §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  In support of his motion, the Trustee respectfully states as follows:

1. On December 11, 2014, ARCOFCO, Inc. filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.  The Trustee was subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2. On April 23, 2015, this Court entered an Order authorizing the Trustee to employ Merret as accountants for the Trustee.  This Court also approved the $6,000.00 pre-petition retainer paid by ARCOFCO, Inc.

3. Based on the time value of the services rendered, Merret is entitled to receive final compensation in the amount of $6,624.00 for services rendered on behalf of the Trustee.  Merret also incurred $23.08 in out-of-pocket expenses.

4. Other than is permitted under Section 504 of the Bankruptcy Code, Merret has no agreement with any other person or firm with regard to its compensation in this case.

5. At all times relevant hereto, Merret provided accounting services in the most efficient and cost effective manner.

6. Merret expended 36.80 hours of services assisting the Trustee in the preparation of books and records for the period ending December 31, 2014, the preparation of September 30, 2014 and December 31, 2014 payroll tax returns, including the preparation of 2014 W-2 forms and the preparation of 2014 federal and Illinois corporate income tax returns. A professional services statement as well as a detailed time summary is attached hereto as Exhibit "A".

7. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re: Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992). At all relevant times, Merret took care to avoid duplication of services.

8. The services rendered by Merret provided a benefit to the Trustee and to the creditors of this estate. As a result of the services provided by Merret, the Trustee was not required to pay any federal or state income tax.

**WHEREFORE**, the Trustee respectfully prays that this Court enter an Order as follows:

1. Awarding Merret final compensation in the amount of $6,624.00 for services rendered and reimbursement of expenses in the amount of $23.08, as a Chapter 7 expense of administration of this estate;

2. Authorizing Merret to apply the $6,000.00 pre-petition retainer it received against the compensation awarded;

3. Authorizing the Trustee to pay Merret $647.08 representing the balance owing after the application of the retainer; and

6135831_1

    3.    Granting such other and further relief as this Court deems appropriate.

> Respectfully submitted,
>
> /s/ Norman B. Newman
> Norman B. Newman, Chapter 7 Trustee
> for the bankruptcy estate of ARCOFCO, Inc.,
> f/d/b/a Aroma Coffee Company, Inc.

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 14-44242 |
| ARCOFCO, Inc., f/d/b/a Aroma Coffee | ) | Hon. Pamela S. Hollis |
| Company, Inc., | ) | Hearing Date: Thurs., Nov. 19, 2015 |
| | ) | @ 10:00 a.m. |
| Debtor. | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

| | |
|---|---|
| Name of Applicant: | James G. Merret, Jr. and Accounting Affiliates |
| Authorized to provide professional services to: | Norman B. Newman, Chapter 7 Trustee |
| Date of Order Authorizing Employment: | April 23, 2015 |
| Amount of fees sought: | $6,624.00 |
| Amount of expenses sought: | $23.08 |
| Retainer previously received: | $6,000.00 |

This is a(n):   Interim Application __   Final Application X
Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 10/28/15

By: /s/Norman B. Newman