**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ARCOFCO, INC. | § | Case No. 14-44242 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 11, 2014. The undersigned trustee was appointed on December 11, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $      190,408.63

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 4,692.58 |
| Administrative expenses | 1,652.26 |
| Bank service fees | 2,548.98 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 181,514.81 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/01/2015 and the deadline for filing governmental claims was 06/09/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,770.43. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,770.43, for a total compensation of $12,770.43.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/05/2016        By: /s/NORMAN NEWMAN
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-44242  
**Case Name:** ARCOFCO, INC.

**Period Ending:** 01/05/16

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 12/11/14 (f)  
**§341(a) Meeting Date:** 01/22/15  
**Claims Bar Date:** 05/01/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASHIERS CHECK -SALE PROCEEDS | 90,862.54 | 90,862.54 | | 90,862.54 | FA |
| 2 | CHECKING ACCOUNT | 11,221.99 | 11,221.99 | | 16,551.56 | FA |
| 3 | ESCROW ACCOUNT FROM ASSET SALE | 30,000.00 | 30,000.00 | | 80,147.44 | FA |
| 4 | ACCOUNT RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Nicor Gas Refunds (u) | 0.00 | 857.09 | | 857.09 | FA |
| 6 | ComEd (u) | 1,990.00 | 1,990.00 | | 1,990.00 | FA |
| 6 Assets | Totals (Excluding unknown values) | **$134,074.53** | **$134,931.62** | | **$190,408.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

Collecting addtional amounts owing from pre-petition sale. Awaiting information about accounts receivable.

**Initial Projected Date Of Final Report (TFR):** December 31, 2016    **Current Projected Date Of Final Report (TFR):** January 31, 2016

Printed: 01/05/2016 10:47 AM    V.13.25

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-44242  
**Case Name:** ARCOFCO, INC.  
**Taxpayer ID #:** **-***7370  
**Period Ending:** 01/05/16  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******0366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/15 | {1} | THOMAS E. LONG | PRE-PETITION SALE OF ASSETS | 1129-000 | 90,862.54 | | 90,862.54 |
| 01/28/15 | {2} | AROMA COFFEE | BALANCE OF CHECKING ACCOUNT | 1129-000 | 16,551.56 | | 107,414.10 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 107,404.10 |
| 02/11/15 | 101 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-44242, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 39.59 | 107,364.51 |
| 02/11/15 | 101 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-44242, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -39.59 | 107,404.10 |
| 02/11/15 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-44242, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 40.46 | 107,363.64 |
| 02/11/15 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-44242, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -40.46 | 107,404.10 |
| 02/11/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-44242, BOND NUMBER 10BSBGR6291 | 2300-000 | | 40.46 | 107,363.64 |
| 02/19/15 | 104 | Ilinois Department of Revenue | Payment of 3rd quarter taxes | 2820-000 | | 793.56 | 106,570.08 |
| 02/20/15 | 105 | Illinois Department of Revenue | Additional fees due on taxes | 2820-000 | | 16.59 | 106,553.49 |
| 02/24/15 | 106 | Internal Revenue Service | 940 for 2014-Employer's Federal Unemployment Tax | 2810-000 | | 154.57 | 106,398.92 |
| 02/24/15 | 107 | Internal Revenue Service | 941 for 2014 - Employer's Quarterly Federal Tax Return | 4300-000 | | 4,682.69 | 101,716.23 |
| 02/24/15 | 108 | Illinois Department of Employment Security | 4rh Quarter 2014; Employer Contribution/Wage Report | 4800-000 | | 9.89 | 101,706.34 |
| 02/26/15 | {3} | Lawyers Trust Fund of Illinois | Bulk Sale Escrow plus hold back amounts | 1129-000 | 80,147.44 | | 181,853.78 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.10 | 181,709.68 |
| 03/26/15 | {5} | Nicor Gas | Refund due Aroma Coffee Co. | 1290-000 | 857.09 | | 182,566.77 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.11 | 182,286.66 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.19 | 182,024.47 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.08 | 181,771.39 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 278.88 | 181,492.51 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.74 | 181,222.77 |

Subtotals: $188,418.63    $7,195.86

{} Asset reference(s)

Printed: 01/05/2016 10:47 AM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-44242 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | ARCOFCO, INC. | | Bank Name: | RABOBANK, N.A. |
| | | | Account: | ******0366 - Checking Account |
| Taxpayer ID #: | **-***7370 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/05/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/07/15 | {6} | ComEd | Returned Deposit | 1290-000 | 1,990.00 | | 183,212.77 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.78 | 182,958.99 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.72 | 182,678.27 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.75 | 182,415.52 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.63 | 182,161.89 |
| 12/02/15 | 109 | James G. Merret, Jr. | Final Compensation Pursuant to Order dated 12/1/15 | 3410-000 | | 624.00 | 181,537.89 |
| 12/02/15 | 110 | James G. Merret, Jr. | Final Expenses Pursuant to Order dated 12/1/15 | 3420-000 | | 23.08 | 181,514.81 |
| | | | ACCOUNT TOTALS | | 190,408.63 | 8,893.82 | $181,514.81 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 190,408.63 | 8,893.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $190,408.63 | $8,893.82 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0366 | 190,408.63 | 8,893.82 | 181,514.81 |
| | $190,408.63 | $8,893.82 | $181,514.81 |

{} Asset reference(s)

Printed: 01/05/2016 10:47 AM   V.13.25

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2015

**Case Number:** 14-44242  
**Debtor Name:** ARCOFCO, INC.

Page: 1

**Date:** January 5, 2016  
**Time:** 10:47:45 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NBN 200 | NORMAN B. NEWMAN, TRUSTEE<br>Much Shelist, P.C.<br>191 N. Wacker Drive, #1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $12,770.43 | $0.00 | 12,770.43 |
| MS-E 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $107.27 | $0.00 | 107.27 |
| MS-F 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $21,397.50 | $0.00 | 21,397.50 |
| JGM-E 200 | James G. Merrett, Jr.<br>Accounting Affiliates<br>1480 Renaissance Drive<br>Park Ridge, IL 60068 | Admin Ch. 7 | | $23.08 | $23.08 | 0.00 |
| JGM-F 200 | James G. Merrett, Jr.<br>Accounting Affiliates<br>1480 Renaissance Drive<br>Park Ridge, IL 60068 | Admin Ch. 7 | | $624.00 | $624.00 | 0.00 |
| 6 570 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority | | $750.55 | $0.00 | 750.55 |
| 1 610 | Westfeldt Brothers, Inc.<br>528 Gravier Street<br>New Orleans, LA 70130 | Unsecured | | $136,040.38 | $0.00 | 136,040.38 |
| 2 610 | AWT Labels and Packaging<br>c/o Abrams & Abrams PC<br>180 W Washington Street, Suite 910<br>Chicago, IL 60602-2301 | Unsecured | | $7,000.00 | $0.00 | 7,000.00 |
| 3 610 | Green Tea Coffee And Tea<br>2456 Atlantic Highway<br>Lincolnville, ME 04849 | Unsecured | | $1,581.60 | $0.00 | 1,581.60 |
| 4 610 | Thomas Papanicholas<br>1323 Elmwood Avenue<br>Berwyin, IL 60402 | Unsecured | | $81,484.13 | $0.00 | 81,484.13 |
| 5 610 | Estate Of Constantine Papanicholas<br>C/O Tom Papanicholas<br>1323 Elmwood Avenue<br>Berwyn, IL 60402 | Unsecured | | $1,247,354.61 | $0.00 | 1,247,354.61 |
| 6 630 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | | $8,028.86 | $0.00 | 8,028.86 |
| **<< Totals >>** | | | | 1,517,162.41 | 647.08 | 1,516,515.33 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-44242
Case Name: ARCOFCO, INC.
Trustee Name: NORMAN NEWMAN

**Balance on hand:** $ 181,514.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 181,514.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 12,770.43 | 0.00 | 12,770.43 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 21,397.50 | 0.00 | 21,397.50 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 107.27 | 0.00 | 107.27 |

Total to be paid for chapter 7 administration expenses: $ 34,275.20
Remaining balance: $ 147,239.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 147,239.61

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $750.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Internal Revenue Service | 750.55 | 0.00 | 750.55 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 750.55 |
|---|---|---|---|
|  | Remaining balance: | $ | 146,489.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,473,460.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Westfeldt Brothers, Inc. | 136,040.38 | 0.00 | 13,524.91 |
| 2 | AWT Labels and Packaging | 7,000.00 | 0.00 | 695.93 |
| 3 | Green Tea Coffee And Tea | 1,581.60 | 0.00 | 157.24 |
| 4 | Thomas Papanicholas | 81,484.13 | 0.00 | 8,101.02 |
| 5 | Estate Of Constantine Papanicholas | 1,247,354.61 | 0.00 | 124,009.96 |

|  | Total to be paid for timely general unsecured claims: | $ | 146,489.06 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 8,028.86 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Internal Revenue Service | 8,028.86 | 0.00 | 0.00 |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**