UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 14-44242 |
| ARCOFCO, Inc., f/d/b/a Aroma Coffee | ) | Hon. Pamela S. Hollis |
| Company, Inc., | ) | Hearing Date: Thurs., 2/18/16 |
| | ) | at 10:30 a.m. |
| Debtor. | ) | |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Thursday, February 18, 2016 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, presiding in Courtroom 644, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee's Application for Compensation and Expenses** and shall seek entry of an order in accordance therewith.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on January 5, 2016, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice and via U.S. mail to those parties as indicated on the attached service list.

/s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

John Gierum
Gierum & Mantas
2700 S. River Road, Suite 308
Des Plaines, IL 60018

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ARCOFCO, INC. | ) | Case No. 14-44242 |
| | ) | |
| | ) | Hon. PAMELA S. HOLLIS |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

To: THE HONORABLE PAMELA S. HOLLIS

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $12,770.43 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $190,408.63. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 4,500.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 7,020.43 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 12,770.43 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: December 11, 2015

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

 

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

ARCOFCO, f/d/b/a Aromma Coffee
Company, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **12/11/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012078.0007**

14 - Trustee Matters

### FEES THROUGH DECEMBER 11, 2015

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/16/14 | NBN | Review schedules and SOFA. | 0.50 |
| 12/17/14 | NBN | Review notice of meeting of creditors and Trustee appointment. | 0.20 |
| 12/18/14 | NBN | Correspondences with J. Gierum regarding information needed for Section 341 meeting. | 0.30 |
| 01/14/15 | NBN | Review order employing attorney. | 0.20 |
| 01/22/15 | NBN | Telephone conference with J. Gierum regarding documents to be provided at Section 341 meeting of creditors (.50). | 0.70 |
| 01/28/15 | NBN | Review sale process and bank account proceeds checks (.20); review 2013 tax returns (.20); review asset report (.10). | 0.50 |
| 01/29/15 | NBN | Review notice of claim bar dates (.20); prepare initial estate report (.20); sign W-9 (.10). | 0.50 |
| 01/29/15 | NXS | Open bank account and obtained federal id for new account (.20); deposit funds turned over from the sale of assets (.20). | 0.40 |
| 02/10/15 | NBN | Meet with J. Benson regarding Bulk Sale Stop Order, tax returns and account receivables (.30); review correspondences to J. Gierum (.10); review claim of Westfeldt Brothers (.10). | 0.50 |
| 02/11/15 | NXS | Issue check to Trustee re: blanket bond. | 0.10 |
| 02/12/15 | NXS | Reconcile bank account. | 0.20 |
| 02/19/15 | NBN | Review claim of AWT labels. | 0.20 |
| 02/20/15 | NXS | Prepare two checks to taxing authorities for withholding taxes for the Trustee. | 0.20 |
| 02/24/15 | NXS | Prepare three checks payable to taxing authorities for Trustee. | 0.30 |

 **PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

 **QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

 

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

ARCOFCO, f/d/b/a Aromma Coffee
Company, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **12/11/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012078.0007**

14 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 02/26/15 | NBN | Deposit held back funds from sale (.20); correspondences with T. Merret regarding engagement letter and account receivable information (.20). | 0.40 |
| 02/26/15 | NXS | Deposit funds received from Bulk Sale Escrow. | 0.20 |
| 03/05/15 | NBN | Review additional proofs of claim. | 0.30 |
| 03/09/15 | NBN | Review schedules for unsecured claims of insiders and accountant. | 0.30 |
| 03/11/15 | NXS | Reconcile bank statement. | 0.20 |
| 03/26/15 | NXS | Deposit refund check received from Nicor Gas into the estate. | 0.20 |
| 04/09/15 | NBN | Review previous tax returns and payments regarding dealing with accountant. | 0.40 |
| 04/14/15 | NXS | Reconcile bank statements. | 0.20 |
| 05/15/15 | NXS | Reconcile bank statements. | 0.20 |
| 05/19/15 | NBN | Review notice of amount owing to IRS (.10); review Illinois and Federal 941 returns for 2014 (.20); correspondence with J. Gierum regarding same and regarding insider claims (.30). | 0.60 |
| 05/20/15 | NBN | Correspondences with T. Merret regarding Bank information and asset sale information needed for tax returns (.30); review schedule F and bank statements (.30). | 0.60 |
| 06/03/15 | NBN | Correspondences with accountant regarding tax return status. | 0.20 |
| 06/05/15 | NXS | Reconcile bank statements. | 0.20 |
| 06/26/15 | NBN | Correspondences with J. Merrett regarding status of 2014 returns and impact of sale. | 0.30 |
| 07/17/15 | NXS | Reconcile bank statements. | 0.20 |
| 08/06/15 | NBN | Correspondences with J. Merritt regarding status of tax return. | 0.20 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

 

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

ARCOFCO, f/d/b/a Aromma Coffee
Company, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **12/11/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012078.0007**

14 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/07/15 | NBN | Review ComEd refund and correspondences from J. Gierum. | 0.20 |
| 08/31/15 | NBN | Review correspondences from accountant regarding tax returns status. | 0.20 |
| 09/02/15 | NXS | Reconcile bank accounts. | 0.20 |
| 09/11/15 | NBN | Correspondences with accountant regarding status of tax returns (.20); review post-closing expenditures (.40). | 0.60 |
| 09/11/15 | NXS | Reconcile bank accounts for the period ending August, 2015. | 0.20 |
| 09/15/15 | NBN | Review and transmit 2014 Federal and State tax returns and K-1's (.40); correspondences with J. Merret regarding bill for services (.20). | 0.60 |
| 10/09/15 | NXS | Reconcile bank accounts. | 0.20 |
| 10/16/15 | NBN | Review updated claim register regarding distribution to insider and non-insider claims. | 0.40 |
| 10/29/15 | NBN | Review amended notice of motion regarding accountant fee application. | 0.20 |
| 11/25/15 | NBN | Prepare final fee application. | 0.50 |
| 11/30/15 | NBN | Meet with J. Benson regarding application to pay accountant (.20); revise fee application (.40). | 0.60 |
| 12/01/15 | NBN | Discussion with J. Benson regarding accountant's fee application granted. | 0.20 |
| 12/02/15 | NBN | Letter to J. Merret enclosing check for allowed fees. | 0.20 |
| | | **Total Hours** | **13.80** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.