UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 14-44242 |
| ARCOFCO, Inc., f/d/b/a Aroma Coffee | ) | Hon. Pamela S. Hollis |
| Company, Inc., | ) | Hearing Date: Thurs., 2/18/16 |
| | ) | at 10:30 a.m. |
| Debtor. | ) | |

**NOTICE OF MOTION**

**TO: SEE ATTACHED SERVICE LIST**

     PLEASE TAKE NOTICE that on **Thursday, February 18, 2016 at 10:30 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, presiding in Courtroom644, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Application of Trustee's Attorneys for the Allowance of Final Compensation and Reimbursement of Expenses** and shall seek entry of an order in accordance therewith.

                                      /s/ Norman B. Newman
                                      Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

**CERTIFICATE OF SERVICE**

     Norman B. Newman, an attorney, hereby certifies that on January 5, 2016, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice and via U.S. mail to those parties as indicated on the attached service list.

                                        /s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

John Gierum
Gierum & Mantas
2700 S. River Road, Suite 308
Des Plaines, IL 60018

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 14-44242 |
| ARCOFCO, Inc., f/d/b/a Aroma Coffee | ) | Hon. Pamela S. Hollis |
| Company, Inc., | ) | Hearing Date: Thurs., 2/18/16 |
| | ) | at 10:30 a.m. |
| Debtor. | ) | |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE
ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period January 5, 2015 through December 11, 2015. In support of this Application, Much Shelist respectfully states as follows:

1. On December 11, 2014, ARCOFCO, Inc., f/d/b/a Aroma Coffee Company, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as Chapter 7 Trustee herein.

2. On January 13, 2015, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. This application includes legal services rendered by the Trustee. Mr. Newman has taken care to distinguish his legal services from his Trustee services. Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services. Mr. Newman is not seeking compensation for the services identified on Exhibit "A" as part of this Application. He is filing a separate Application for Trustee Compensation.

6182467_1

3.  Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has received no amounts whatsoever for services it has rendered in this case.

4.  Much Shelist provided 38.60 hours of services on behalf of the Trustee during the time period covered by this application. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 28.60 hrs. | $625.00/hr. | $17,875.00 |
| John A. Benson, Jr. | 9.90 hrs. | $350.00/hr. | 3,465.00 |
| Jeffrey M. Schwartz | .10 hrs. | $575.00/hr. | 57.50 |
|  |  |  |  |
| **TOTAL** | **38.60 hrs.** |  | **$21,397.50** |

5.  Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

6.  At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

7.  During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

2

A. **General Administration (Tab B-1)**: Much Shelist provided a total of 9.20 hours of general administrative services to the Trustee. On April, 2014, the Debtor sold substantially all of its assets to an outside third party for the sum of $360,000. Pursuant to the Asset Purchase Agreement, a total of approximately $80,000 was withheld by the buyer's attorney pending the Debtor's obtaining a release from a Bulk Sale Stop Order imposed by the Illinois Department of Revenue and the expiration of a claim indemnification period. Counsel for Much Shelist reviewed the pre-petition Asset Purchase Agreement, income and employment tax returns, bank statements and the aforementioned Bulk Sale Stop Order to assist the Trustee in gaining a thorough understanding of the pre-petition sale transaction. Much Shelist communicated telephonically with the Debtor's attorney and the buyer's attorney regarding the turnover of funds being held pursuant to the Asset Purchase Agreement and a listing of accounts receivable. Time was spent communicating with representatives of KCC, JNR and O'Gorman Recovery regarding pursuing possible accounts receivable.

The individuals who provided services in connection with General Administration and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 7.60 hrs. | $625.00/hr. | $4,750.00 |
| John A. Benson, Jr. | 1.60 hrs. | $350.00/hr. | 560.00 |
|  |  |  |  |
| **TOTAL:** | **9.20 hrs.** |  | **$5,310.00** |

B. **Employment of Professionals (Tab B-2)**: A total of 7.90 hours of time was expended by Much Shelist with the preparation of pleadings and an appearance in Court on the Trustee's Motion to Employ Attorneys and Motion to Employ Accountant. Time was also spent communicating with the accountant regarding the preparation of an engagement letter, affidavit of disinterestedness and the entry of an order authorizing the Accountant's employment.

3

The individuals who provided services in connection with the Trustee's employment of attorneys and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 3.00 hrs. | $625.00/hr. | $1,875.00 |
| John A. Benson, Jr. | 4.80 hrs. | $350.00/hr. | 1,680.00 |
| Jeffrey M. Schwartz | .10 hrs. | $575.00/hr. | 57.50 |
|  |  |  |  |
| TOTAL: | 7.90 hrs. |  | $3,612.50 |

**C.** **Tax Issues (Tab B-3)**: A total of 11.00 hours of time was expended by Much Shelist in connection with obtaining a release of a Bulk Sale Stop Order which resulted from the pre-petition sale of the Debtor's assets to cover potential taxes owing to the Illinois Department of Revenue. Counsel engaged in numerous telephonic communications between representatives of the Illinois Department of Revenue, counsel for the Attorney General, Debtor's pre-petition accountant and the Trustee's accountant regarding the preparation and filing of various 2014 tax returns needed to obtain a release of the Bulk Sale Stop Order. Much Shelist attorneys reviewed the IL form 941 for filing with the taxing authorities. By reason of counsel's efforts, a release of the Bulk Sale Stop Order was obtained and the buyer's attorney turned over all withheld sale proceeds to the Trustee.

Time was also spent reviewing the IRS claim for amounts allegedly owing.

The individuals who provided services in connection with Tax Issues and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 8.60 hrs. | $625.00/hr. | $5,375.00 |
| John A. Benson, Jr. | 2.40 hrs. | $350.00/hr. | 840.00 |
|  |  |  |  |
| TOTAL: | 11.00 hrs. |  | $6,215.00 |

**D.** **Claims Administration/Analysis (Tab B-4):** Much Shelist expended 4.10 hours reviewing the claims register for possible objections, specifically as to two insider claims.

4

6182467_1

Counsel communicated telephonically with claimant, Thomas Papanicholas and the representative of the estate of Constance Papanicholas requesting additional documentation to support their claims. Time was also spent reviewing tax returns and financial statements pertaining to the company's shareholders, officers and loans made by them to the Debtor.

The individual who provided services in connection with Claims Administration/Analysis and the time expended by him are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 4.10 hrs. | $625.00/hr. | $2,562.50 |
|  |  |  |  |
| **TOTAL:** | **4.10 hrs.** |  | **$2,562.50** |

E.   **Fee Applications (Tab B-5)**: Much Shelist expended 6.40 hrs. dealing with the preparation of this fee application. The attorney who provided services in this category and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 5.30 hrs. | $625.00/hr. | $3,312.50 |
| John A. Benson, Jr. | 1.10 hrs. | $350.00/hr. | 385.00 |
|  |  |  |  |
| **TOTAL:** | **6.40 hrs.** |  | **$3,697.50** |

8.   During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $107.27. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

9.   By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter. There will be funds available in this estate to provide and distribute to general unsecured creditors.

5

6182467_1

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $21,397.50 plus reimbursement of out-of-pocket expenses in the amount of $107.27 for services rendered during the period January 5, 2014 through December 11, 2015;

2. Authorizing the Trustee to pay Much Shelist the compensation awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**

By: /s/ Norman B. Newman
    One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000

6

6182467_1

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 14-44242 |
| ARCOFCO, Inc., f/d/b/a Aroma Coffee | ) | Hon. Pamela S. Hollis |
| Company, Inc., | ) | Hearing Date: Thurs., 2/18/16 |
| | ) | at 10:30 a.m. |
| Debtor. | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES

Name of Applicant:                           Much Shelist, P.C.

Authorized to provide professional services to:   Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:        January 13, 2015

Period for which compensation is sought:     January 5, 2014 through December 11, 2015

Amount of fees sought:                       $21,397.50

Amount of expense reimbursement sought:      $107.27

Retainer previously received:                $0.00

This is a(n):      Interim Application ___      Final Application __X__

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 1/5/16                                **MUCH SHELIST, P.C.**

                                             By: /s/Norman B. Newman