**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ARCOFCO, INC.                                         §   Case No. 14-44242
                                                             §
                                                             §
Debtor(s)                                                    §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn Street
    7th Floor
    Chicago, IL 60604

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 02/18/2016 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/05/2016          By:  /s/ Norman B. Newman
                                            Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: ARCOFCO, INC. | § | Case No. 14-44242 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*           $      190,408.63

*and approved disbursements of*                $        8,893.82

*leaving a balance on hand of*  [1]             $      181,514.81

**Balance on hand:**                            $      181,514.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $           0.00
Remaining balance:                        $     181,514.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 12,770.43 | 0.00 | 12,770.43 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 21,397.50 | 0.00 | 21,397.50 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 107.27 | 0.00 | 107.27 |

Total to be paid for chapter 7 administration expenses:    $      34,275.20
Remaining balance:                                         $     147,239.61

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

                Total to be paid for prior chapter administrative expenses:   $           0.00
                Remaining balance:   $      147,239.61

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $750.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Internal Revenue Service | 750.55 | 0.00 | 750.55 |

                Total to be paid for priority claims:   $           750.55
                Remaining balance:   $      146,489.06

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,473,460.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Westfeldt Brothers, Inc. | 136,040.38 | 0.00 | 13,524.91 |
| 2 | AWT Labels and Packaging | 7,000.00 | 0.00 | 695.93 |
| 3 | Green Tea Coffee And Tea | 1,581.60 | 0.00 | 157.24 |
| 4 | Thomas Papanicholas | 81,484.13 | 0.00 | 8,101.02 |
| 5 | Estate Of Constantine Papanicholas | 1,247,354.61 | 0.00 | 124,009.96 |

                Total to be paid for timely general unsecured claims:   $      146,489.06
                Remaining balance:   $           0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 8,028.86 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Internal Revenue Service | 8,028.86 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 14-44242-PSH
ARCOFCO, Inc.                                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: corrinal              Page 1 of 2              Date Rcvd: Jan 07, 2016
                             Form ID: pdf006             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2016.
```
db            #+ARCOFCO, Inc.,    7650 Industrial Drive,    Forest Park, IL 60130-2518
aty           +Much Shelist, P.C.,    191 N.Wacker Drive,    Suite 1800,    Chicago, IL 60606-1631
22723486       ADT Security Services,    3190 South Vaughn Way, Ste. 150,    Aurora, CO 80014-3537
22723491      +AWT Labels & Packaging,    393 Joseph Drive,    South Elgin, IL 60177-2268
22951157      +AWT Labels and Packaging,    c/o Abrams & Abrams PC,    180 W Washington Street,    Suite 910,
                Chicago, IL 60602-2316
22723484      +Abrams & Abrams, P.C.,    180 W. Washington St., Ste. 910,    Chicago, IL 60602-2316
22723485      +Accounting Affliates, Inc.,    1480 Renaissance Drive, Ste. 308,    Park Ridge, IL 60068-1354
22723487      +Advanced Disposal Chicago Central,    4612 West Lake Street,    Melrose Park, IL 60160-2747
22723488      +Allied National, Inc.,    Magnificent Mile Center,    980 North Michigan Ave., Ste. 140,
                Chicago, IL 60611-4501
22723489      +Allstate Can Corporation,    One Wood Hollow Road,    Parsippany, NJ 07054-2821
22723490      +Ansani & Ansani,    1411 Peterson Avenue,    Park Ridge, IL 60068-5028
22723492      +Batavia Container,Inc.,    1400 Paramount Parkway,    Batavia, IL 60510-1463
22723493      +Commercial Collection Corp. Of NY,    34 Seymour Street,    Tonawanda, NY 14150-2126
22723494      +Estate Of Constantine Papanicholas,    C/O Tom Papanicholas,    1323 Elmwood Avenue,
                Berwyn, IL 60402-1138
22723495      +Estiator,    421 7th Avenue, Ste. 810,    New York, NY 10001-2002
22723496      +Excel Container, Inc.,    4390 Liberty Street,    Aurora, IL 60504-9502
22723497       Exxon Mobile Fleet,    PO Box 530988,    Atlanta, GA 30353-0988
22723498      +First Bankcard,    PO Box 2340,    Omaha, NE 68103-2340
22723499      +Green Tea Coffee And Tea,    2456 Atlantic Highway,    Lincolnville, ME 04849-5339
22723500      +Hansen's Service,    315 Railroad Street,    Algonquin, IL 60102-2663
22723501       Hayssen, Inc.,    PO Box 71771,    Chicago, IL 60694-1771
22723502       K & S Sprinklers, Inc.,    2619 Congress Street,    Bellwood, IL 60104-2400
22723503       Kencaf Importing & Distributing, Inc.,    500 Alden Road, Ste. 211-212,
                Markham, Ontario, Canada,    L3R 5H5
22723504      +Packaging Machinery & Services, Inc.,    PMS, Inc.,    3905 W. 9th Street, Unit D,
                Trainer, PA 19061-5244
22723505       Ptasinski & Smith, P.C.,    241 Golf Mill Professional Building, Ste,    Niles, IL 60714-1286
22723507      +RMS,    4836 Brecksville Rd.,    Richfield, OH 44286-9178
22723506      +Reuben J. Zellermayer,    4000 Dundee Road, Ste. 107,    Northbrook, IL 60062-2148
22723508      +Skyline Sales, Inc.,    150 Houston Street,    Batavia, IL 60510-1995
22723509       Slater, Tenaglia, Fritz & Hunt, P.A.,    PO Box 8500,    Philadelphia, PA 19178-2431
22723510       Stash Tea Company,    P.O. Box 910,    Portland, OR 97207-0910
22723511      +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
22723512      +The Chicago Greek Hours,    7902 Maple Street,    Morton Grove, IL 60053-1651
22723513      +Thomas Papanicholas,    1323 Elmwood Avenue,    Berwyin, IL 60402-1138
22723514      +U.S. Converting, Inc.,    561 Estes Avenue,    Schaumburg, IL 60193-4428
22723516      +Veolia Advanced Disposal,    700 East Butterfield Road, Ste. 201,    Lombard, IL 60148-5671
22723517      +Westfeldt Brothers, Inc.,    528 Gravier Street,    New Orleans, LA 70130-2717
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23547048       E-mail/Text: cio.bncmail@irs.gov Jan 08 2016 00:48:02
                Department of Treasury  Internal Revenue Service,    P O Box 7346,
                Philadelphia, PA 19101-7346
22723515      +E-mail/Text: accounts.receivable@uline.com Jan 08 2016 00:49:02      Uline,
                2105 S. Lakeside Drive,    Waukegan, IL 60085-8308
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22723482*     +ARCOFCO Inc,    7650 Industrial Drive,    Forest Park, IL 60130-2518
22723483     ##+Gierum & Mantas,    9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: corrinal              Page 2 of 2              Date Rcvd: Jan 07, 2016
                              Form ID: pdf006             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2016 at the address(es) listed below:
          Jeffrey M Schwartz    on behalf of Trustee Norman B Newman jschwartz@muchshelist.com,
           nsulak@muchshelist.com
          John A Benson, Jr.    on behalf of Trustee Norman B Newman jbenson@muchshelist.com,
           dwolski@muchshelist.com;sholstrom@muchshelist.com
          John E Gierum    on behalf of Debtor 1   ARCOFCO, Inc. john@gierummantas.com,
           karen@gierummantas.com
          Norman B Newman    on behalf of Trustee Norman B Newman nnewman@muchshelist.com,
           nsulak@muchshelist.com;IL83@ecfcbis.com
          Norman B Newman    nnewman@muchshelist.com,  nsulak@muchshelist.com;IL83@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```