**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ARCOFCO, INC.   § Case No. 14-44242
                      §
                      §
Debtor(s)             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $151,932.19 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $38,476.44 | |

3) Total gross receipts of $ 190,408.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $190,408.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,692.58 | $4,692.58 | $4,692.58 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38,476.44 | 38,476.44 | 38,476.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 750.55 | 750.55 | 750.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,580,156.55 | 1,481,489.58 | 1,481,489.58 | 146,489.06 |
| **TOTAL DISBURSEMENTS** | $1,580,156.55 | $1,525,409.15 | $1,525,409.15 | $190,408.63 |

4) This case was originally filed under Chapter 7 on December 11, 2014. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2016          By: /s/NORMAN NEWMAN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASHIERS CHECK -SALE PROCEEDS | 1129-000 | 90,862.54 |
| CHECKING ACCOUNT | 1129-000 | 16,551.56 |
| ESCROW ACCOUNT FROM ASSET SALE | 1129-000 | 80,147.44 |
| Nicor Gas Refunds | 1290-000 | 857.09 |
| ComEd | 1290-000 | 1,990.00 |
| **TOTAL GROSS RECEIPTS** | | **$190,408.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 4300-000 | N/A | 4,682.69 | 4,682.69 | 4,682.69 |
| | Illinois Department of Employment Security | 4800-000 | N/A | 9.89 | 9.89 | 9.89 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$4,692.58** | **$4,692.58** | **$4,692.58** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 12,770.43 | 12,770.43 | 12,770.43 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 107.27 | 107.27 | 107.27 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 21,397.50 | 21,397.50 | 21,397.50 |
| James G. Merrett, Jr. | 3420-000 | N/A | 23.08 | 23.08 | 23.08 |
| James G. Merrett, Jr. | 3410-000 | N/A | 624.00 | 624.00 | 624.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 40.46 | 40.46 | 40.46 |
| Ilinois Department of Revenue | 2820-000 | N/A | 793.56 | 793.56 | 793.56 |
| Illinois Department of Revenue | 2820-000 | N/A | 16.59 | 16.59 | 16.59 |
| Internal Revenue Service | 2810-000 | N/A | 154.57 | 154.57 | 154.57 |
| Rabobank, N.A. | 2600-000 | N/A | 144.10 | 144.10 | 144.10 |
| Rabobank, N.A. | 2600-000 | N/A | 280.11 | 280.11 | 280.11 |
| Rabobank, N.A. | 2600-000 | N/A | 262.19 | 262.19 | 262.19 |
| Rabobank, N.A. | 2600-000 | N/A | 253.08 | 253.08 | 253.08 |
| Rabobank, N.A. | 2600-000 | N/A | 278.88 | 278.88 | 278.88 |
| Rabobank, N.A. | 2600-000 | N/A | 269.74 | 269.74 | 269.74 |
| Rabobank, N.A. | 2600-000 | N/A | 253.78 | 253.78 | 253.78 |
| Rabobank, N.A. | 2600-000 | N/A | 280.72 | 280.72 | 280.72 |
| Rabobank, N.A. | 2600-000 | N/A | 262.75 | 262.75 | 262.75 |
| Rabobank, N.A. | 2600-000 | N/A | 253.63 | 253.63 | 253.63 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$38,476.44** | **$38,476.44** | **$38,476.44** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Internal Revenue Service | 5800-000 | N/A | 750.55 | 750.55 | 750.55 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $750.55 | $750.55 | $750.55 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Westfeldt Brothers, Inc. | 7100-000 | 136,040.16 | 136,040.38 | 136,040.38 | 13,524.91 |
| 2 | AWT Labels and Packaging | 7100-000 | 7,000.00 | 7,000.00 | 7,000.00 | 695.93 |
| 3 | Green Tea Coffee And Tea | 7100-000 | 1,471.25 | 1,581.60 | 1,581.60 | 157.24 |
| 4 | Thomas Papanicholas | 7100-000 | 35,645.14 | 81,484.13 | 81,484.13 | 8,101.02 |
| 5 | Estate Of Constantine Papanicholas | 7100-000 | 1,400,000.00 | 1,247,354.61 | 1,247,354.61 | 124,009.96 |
| 6 | Internal Revenue Service | 7300-000 | N/A | 8,028.86 | 8,028.86 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,580,156.55 | $1,481,489.58 | $1,481,489.58 | $146,489.06 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-44242  
**Case Name:** ARCOFCO, INC.  

**Period Ending:** 04/11/16

**Trustee:** (330270)  NORMAN NEWMAN  
**Filed (f) or Converted (c):** 12/11/14 (f)  
**§341(a) Meeting Date:** 01/22/15  
**Claims Bar Date:** 05/01/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASHIERS CHECK -SALE PROCEEDS | 90,862.54 | 90,862.54 | | 90,862.54 | FA |
| 2 | CHECKING ACCOUNT | 11,221.99 | 11,221.99 | | 16,551.56 | FA |
| 3 | ESCROW ACCOUNT FROM ASSET SALE | 30,000.00 | 30,000.00 | | 80,147.44 | FA |
| 4 | ACCOUNT RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Nicor Gas Refunds  (u) | 0.00 | 857.09 | | 857.09 | FA |
| 6 | ComEd  (u) | 1,990.00 | 1,990.00 | | 1,990.00 | FA |
| 6 | Assets   Totals (Excluding unknown values) | **$134,074.53** | **$134,931.62** | | **$190,408.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

Collecting addtional amounts owing from pre-petition sale.  Awaiting information about accounts receivable.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016        **Current Projected Date Of Final Report (TFR):**    January 31, 2016

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-44242 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | ARCOFCO, INC. | | Bank Name: | RABOBANK, N.A. |
| | | | Account: | ******0366 - Checking Account |
| Taxpayer ID #: | **-***7370 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/11/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/28/15 | {1} | THOMAS E. LONG | PRE-PETITION SALE OF ASSETS | 1129-000 | 90,862.54 | | 90,862.54 |
| 01/28/15 | {2} | AROMA COFFEE | BALANCE OF CHECKING ACCOUNT | 1129-000 | 16,551.56 | | 107,414.10 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 107,404.10 |
| 02/11/15 | 101 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-44242, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 39.59 | 107,364.51 |
| 02/11/15 | 101 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-44242, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -39.59 | 107,404.10 |
| 02/11/15 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-44242, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 40.46 | 107,363.64 |
| 02/11/15 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-44242, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -40.46 | 107,404.10 |
| 02/11/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-44242, BOND NUMBER 10BSBGR6291 | 2300-000 | | 40.46 | 107,363.64 |
| 02/19/15 | 104 | Ilinois Department of Revenue | Payment of 3rd quarter taxes | 2820-000 | | 793.56 | 106,570.08 |
| 02/20/15 | 105 | Illinois Department of Revenue | Additional fees due on taxes | 2820-000 | | 16.59 | 106,553.49 |
| 02/24/15 | 106 | Internal Revenue Service | 940 for 2014-Employer's Federal Unemployment Tax | 2810-000 | | 154.57 | 106,398.92 |
| 02/24/15 | 107 | Internal Revenue Service | 941 for 2014 - Employer's Quarterly Federal Tax Return | 4300-000 | | 4,682.69 | 101,716.23 |
| 02/24/15 | 108 | Illinois Department of Employment Security | 4rh Quarter 2014; Employer Contribution/Wage Report | 4800-000 | | 9.89 | 101,706.34 |
| 02/26/15 | {3} | Lawyers Trust Fund of Illinois | Bulk Sale Escrow plus hold back amounts | 1129-000 | 80,147.44 | | 181,853.78 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.10 | 181,709.68 |
| 03/26/15 | {5} | Nicor Gas | Refund due Aroma Coffee Co. | 1290-000 | 857.09 | | 182,566.77 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.11 | 182,286.66 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.19 | 182,024.47 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.08 | 181,771.39 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 278.88 | 181,492.51 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.74 | 181,222.77 |

Subtotals :     $188,418.63     $7,195.86

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-44242  
**Case Name:** ARCOFCO, INC.  

**Taxpayer ID #:** **-***7370  
**Period Ending:** 04/11/16  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******0366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/15 | {6} | ComEd | Returned Deposit | 1290-000 | 1,990.00 | | 183,212.77 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.78 | 182,958.99 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.72 | 182,678.27 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.75 | 182,415.52 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.63 | 182,161.89 |
| 12/02/15 | 109 | James G. Merret, Jr. | Final Compensation Pursuant to Order dated 12/1/15 | 3410-000 | | 624.00 | 181,537.89 |
| 12/02/15 | 110 | James G. Merret, Jr. | Final Expenses Pursuant to Order dated 12/1/15 | 3420-000 | | 23.08 | 181,514.81 |
| 02/17/16 | 111 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 100.00% on $12,770.43, Trustee Compensation; Reference: | 2100-000 | | 12,770.43 | 168,744.38 |
| 02/17/16 | 112 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $107.27, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 107.27 | 168,637.11 |
| 02/17/16 | 113 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $21,397.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 21,397.50 | 147,239.61 |
| 02/17/16 | 114 | Internal Revenue Service | Final Distribution Pursuant to Court Order entered on February 16, 2016. | 5800-000 | | 750.55 | 146,489.06 |
| 02/17/16 | 115 | Westfeldt Brothers, Inc. | Final Distribution Pursuant to Court Order entered on February 16, 2016. | 7100-000 | | 13,524.91 | 132,964.15 |
| 02/17/16 | 116 | AWT Labels and Packaging | Final Distribution Pursuant to Court Order entered on February 16, 2016. | 7100-000 | | 695.93 | 132,268.22 |
| 02/17/16 | 117 | Green Tea Coffee And Tea | Final Distribution Pursuant to Court Order entered on February 16, 2016. | 7100-000 | | 157.24 | 132,110.98 |
| 02/17/16 | 118 | Thomas Papanicholas | Final Distribution Pursuant to Court Order entered on February 16, 2016. | 7100-000 | | 8,101.02 | 124,009.96 |
| 02/17/16 | 119 | Estate Of Constantine Papanicholas | Final Distribution Pursuant to Court Order entered on February 16, 2016. | 7100-000 | | 124,009.96 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 190,408.63 | 190,408.63 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 190,408.63 | 190,408.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$190,408.63** | **$190,408.63** | |

{} Asset reference(s)

Printed: 04/11/2016 03:50 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 14-44242 | **Trustee:** NORMAN NEWMAN (330270) |
| **Case Name:** ARCOFCO, INC. | **Bank Name:** RABOBANK, N.A. |
| | **Account:** ******0366 - Checking Account |
| **Taxpayer ID #:** **-***7370 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 04/11/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0366** | 190,408.63 | 190,408.63 | 0.00 |
| | $190,408.63 | $190,408.63 | $0.00 |

{} Asset reference(s)

Printed: 04/11/2016 03:50 PM     V.13.25